# EXHIBIT B

# 2019 SERGEANT ASSESSMENT SCORES

| LAST | FIRST | 2019 TITLE | TITLE APPLIED FOR | SCORE YEAR | FINAL SCORE |
|------|-------|-----------|-------------------|------------|-------------|
| Hill | Jason | TROOPER | THP SERGEANT | 2019 | 86.31 |
| Jones | Joseph | TROOPER | THP SERGEANT | 2019 | 85.00 |
| Withers | Troy | TROOPER | THP SERGEANT | 2019 | 84.00 |
| Cash | Adam | TROOPER | THP SERGEANT | 2019 | 83.93 |
| Bearden | Beverley | TROOPER | THP SERGEANT | 2019 | 83.04 |
| Hill | Michael | TROOPER | THP SERGEANT | 2019 | 81.83 |
| Morgan | William | TROOPER | THP SERGEANT | 2019 | 81.57 |
| Brackett | Ryan | TROOPER | THP SERGEANT | 2019 | 81.35 |
| Marlowe | Greg | TROOPER | THP SERGEANT | 2018 | 81.33 |
| Thompson | Thomas | TROOPER | THP SERGEANT | 2019 | 80.74 |
| Simunic | Andrew | TROOPER | THP SERGEANT | 2019 | 80.17 |
| Eubanks | Jena | TROOPER | THP SERGEANT | 2019 | 80.02 |
| Crouch | Steven | TROOPER | THP SERGEANT | 2019 | 79.92 |
| Huff | Colby | TROOPER | THP SERGEANT | 2019 | 79.68 |
| Sanders | Paul | TROOPER | THP SERGEANT | 2018 | 79.68 |
| Buchanan | Gerald | TROOPER | THP SERGEANT | 2019 | 79.47 |
| Franks | Robert | TROOPER | THP SERGEANT | 2018 | 79.45 |
| Crysel | Katherine | TROOPER | THP SERGEANT | 2019 | 79.37 |
| Thomas | Richard | TROOPER | THP SERGEANT | 2018 | 79.36 |
| Newton | Zachary | TROOPER | THP SERGEANT | 2019 | 79.03 |
| Campbell | Richard | TROOPER | THP SERGEANT | 2019 | 78.97 |
| Mote | Justin | TROOPER | THP SERGEANT | 2019 | 78.92 |
| Davis | Jason | TROOPER | THP SERGEANT | 2018 | 78.5 |
| Sharp | Roderick | TROOPER | THP SERGEANT | 2019 | 78.48 |
| Yelverton | Todd | TROOPER | THP SERGEANT | 2019 | 78.42 |
| Knipper | James | TROOPER | THP SERGEANT | 2018 | 78.35 |
| Hill | David | TROOPER | THP SERGEANT | 2019 | 77.72 |
| Blankenship | Matthew | TROOPER | THP SERGEANT | 2019 | 77.62 |
| Singleton | Robert | TROOPER | THP SERGEANT | 2019 | 77.54 |
| Irwin | John | TROOPER | THP SERGEANT | 2018 | 77.49 |
| Campbell | Bryant | TROOPER | THP SERGEANT | 2019 | 77.21 |
| Herren | Martin | TROOPER | THP SERGEANT | 2018 | 77.19 |
| Davis | Joshua | TROOPER | THP SERGEANT | 2019 | 77.18 |
| Davis | Joshua | TROOPER | THP SERGEANT | 2019 | 77.18 |
| Hargrove | Joshua | TROOPER | THP SERGEANT | 2019 | 77.16 |
| Anderson | Johnny | TROOPER | THP SERGEANT | 2019 | 77.13 |
| Shelton | Jeremy | TROOPER | THP SERGEANT | 2019 | 77.13 |
| Bargatze | Devin | TROOPER | THP SERGEANT | 2019 | 76.91 |
| Heatherly | Michael | TROOPER | THP SERGEANT | 2019 | 76.78 |
| Quinn | Ryan | TROOPER | THP SERGEANT | 2019 | 76.67 |
| Brown | Martin | TROOPER | THP SERGEANT | 2018 | 76.65 |
| Minyard | Spencer | TROOPER | THP SERGEANT | 2018 | 76.6 |
| Pratt | Jeremy | TROOPER | THP SERGEANT | 2018 | 76.4 |
| Johnson | Anthony | TROOPER | THP SERGEANT | 2019 | 76.32 |
| Turberville | Derek | TROOPER | THP SERGEANT | 2019 | 76.32 |
| Miller | Jeremy | TROOPER | THP SERGEANT | 2019 | 76.22 |
| Voyles | Nathan | TROOPER | THP SERGEANT | 2019 | 75.95 |
| Prince | Adam | TROOPER | THP SERGEANT | 2019 | 75.95 |
| Clemmons | Robert | TROOPER | THP SERGEANT | 2019 | 75.89 |
| Prater | Travis | TROOPER | THP SERGEANT | 2019 | 75.89 |
| Cooper | Tommy | TROOPER | THP SERGEANT | 2019 | 75.56 |
| Page | Joshua | TROOPER | THP SERGEANT | 2019 | 75.49 |
| Clift | Bobby | TROOPER | THP SERGEANT | 2018 | 75.42 |
| Lunceford | Joe | TROOPER | THP SERGEANT | 2019 | 75.35 |

# 2019 SERGEANT ASSESSMENT SCORES

| LAST | FIRST | 2019 TITLE | TITLE APPLIED FOR | SCORE YEAR | FINAL SCORE |
|------|-------|-----------|-------------------|-----------|-------------|
| Mccord | Matthew | TROOPER | THP SERGEANT | 2019 | 75.28 |
| Raines | Louis | TROOPER | THP SERGEANT | 2019 | 75.28 |
| Butler | Darren | TROOPER | THP SERGEANT | 2019 | 75.08 |
| Best | Christopher | TROOPER | THP SERGEANT | 2019 | 74.95 |
| Groce | Charles | TROOPER | THP SERGEANT | 2018 | 74.77 |
| Capps | John | TROOPER | THP SERGEANT | 2019 | 74.74 |
| Bilbrey | Grady | TROOPER | THP SERGEANT | 2018 | 74.67 |
| Martin | Cody | TROOPER | THP SERGEANT | 2018 | 74.63 |
| Bailey | Rex | TROOPER | THP SERGEANT | 2018 | 74.27 |
| Ramsey | Brian | TROOPER | THP SERGEANT | 2019 | 73.88 |
| Rabun | Sollie | TROOPER | THP SERGEANT | 2019 | 73.86 |
| Cutshall | Billy | TROOPER | THP SERGEANT | 2019 | 73.83 |
| Crockarell | Ronald | TROOPER | THP SERGEANT | 2018 | 73.77 |
| Johnstone | Christopher | TROOPER | THP SERGEANT | 2018 | 73.76 |
| Evans | Alexander | TROOPER | THP SERGEANT | 2019 | 73.73 |
| Proffitt | William | TROOPER | THP SERGEANT | 2019 | 73.63 |
| Seay | Shawn | TROOPER | THP SERGEANT | 2018 | 73.57 |
| Gregory | James | TROOPER | THP SERGEANT | 2019 | 73.55 |
| Alexander | Rickey | TROOPER | THP SERGEANT | 2018 | 73.52 |
| Robertson | Michael | TROOPER | THP SERGEANT | 2018 | 73.51 |
| Solomon | Nicholas | TROOPER | THP SERGEANT | 2018 | 73.43 |
| Jackson | Brandon | TROOPER | THP SERGEANT | 2019 | 73.19 |
| Arguello | Michael | TROOPER | THP SERGEANT | 2019 | 73.10 |
| Anauo | Kasey | TROOPER | THP SERGEANT | 2018 | 73.08 |
| Jackson | Anthony | TROOPER | THP SERGEANT | 2019 | 72.98 |
| Joyner | Thomas | TROOPER | THP SERGEANT | 2019 | 72.95 |
| Bennett | William | TROOPER | THP SERGEANT | 2018 | 72.88 |
| Mcdonald | David | TROOPER | THP SERGEANT | 2019 | 72.82 |
| Cochran | Johndavid | TROOPER | THP SERGEANT | 2019 | 72.81 |
| Whiles | Rodney | TROOPER | THP SERGEANT | 2019 | 72.68 |
| Rumford | Aaron | TROOPER | THP SERGEANT | 2019 | 72.68 |
| Warren | Philip | TROOPER | THP SERGEANT | 2019 | 72.65 |
| Philpot | Marty | TROOPER | THP SERGEANT | 2018 | 72.62 |
| Barclay | Stephen | TROOPER | THP SERGEANT | 2019 | 72.56 |
| Pulley | Johnaton | TROOPER | THP SERGEANT | 2019 | 72.54 |
| Allen | Cody | TROOPER | THP SERGEANT | 2019 | 72.51 |
| Love | Scotty | TROOPER | THP SERGEANT | 2018 | 72.47 |
| Hollowell | Nicholas | TROOPER | THP SERGEANT | 2018 | 72.41 |
| Moore | Shane | TROOPER | THP SERGEANT | 2019 | 72.38 |
| Lassalle | Julio | TROOPER | THP SERGEANT | 2018 | 72.23 |
| Martin | Bryan | TROOPER | THP SERGEANT | 2018 | 72.16 |
| Peters | Russell | TROOPER | THP SERGEANT | 2018 | 72.14 |
| Briggs | Harvey | TROOPER | THP SERGEANT | 2019 | 72.06 |
| Vaughn | Sara | TROOPER | THP SERGEANT | 2018 | 71.95 |
| Thompson | Daniel | TROOPER | THP SERGEANT | 2019 | 71.86 |
| Burrell | Demetrice | TROOPER | THP SERGEANT | 2019 | 71.85 |
| Ballard | Cody | TROOPER | THP SERGEANT | 2019 | 71.77 |
| Reagan | Philip | TROOPER | THP SERGEANT | 2019 | 71.71 |
| Hicks | Jennifer | TROOPER | THP SERGEANT | 2019 | 71.67 |
| Hall | Ronald | TROOPER | THP SERGEANT | 2019 | 71.66 |
| Collins | William | TROOPER | THP SERGEANT | 2019 | 71.60 |
| Ghazi | Khalat | TROOPER | THP SERGEANT | 2019 | 71.49 |
| Barham | Robert | TROOPER | THP SERGEANT | 2018 | 71.41 |
| Staggs | Chad | TROOPER | THP SERGEANT | 2018 | 71.38 |

# 2019 SERGEANT ASSESSMENT SCORES

| LAST | FIRST | 2019 TITLE | TITLE APPLIED FOR | SCORE YEAR | FINAL SCORE |
|------|-------|-----------|-------------------|------------|-------------|
| Wilks | Edwin | TROOPER | THP SERGEANT | 2018 | 71.28 |
| Cook | Bryan | TROOPER | THP SERGEANT | 2018 | 71.24 |
| Brooks | Christopher | TROOPER | THP SERGEANT | 2019 | 71.24 |
| Outlaw | Samuel | TROOPER | THP SERGEANT | 2019 | 70.97 |
| Hall | Christopher | TROOPER | THP SERGEANT | 2019 | 70.93 |
| Hall | Christopher | TROOPER | THP SERGEANT | 2019 | 70.93 |
| Stuart | Corey | TROOPER | THP SERGEANT | 2018 | 70.86 |
| Cannon | Jason | TROOPER | THP SERGEANT | 2019 | 70.85 |
| Vespie | Matthew | TROOPER | THP SERGEANT | 2018 | 70.84 |
| Barber | Jeffrey | TROOPER | THP SERGEANT | 2019 | 70.82 |
| Millsaps | Jerry | TROOPER | THP SERGEANT | 2019 | 70.80 |
| Cobble | Jason | TROOPER | THP SERGEANT | 2019 | 70.70 |
| Maxey | Jason | TROOPER | THP SERGEANT | 2019 | 70.55 |
| Bowers | Nick | TROOPER | THP SERGEANT | 2018 | 70.49 |
| Moore | Paul | TROOPER | THP SERGEANT | 2018 | 70.47 |
| Little | Mikeal | TROOPER | THP SERGEANT | 2017 Approved Makeup Dec 19 | 70.39 |
| Franks | Keith | TROOPER | THP SERGEANT | 2019 | 70.38 |
| Southerland | Timothy | TROOPER | THP SERGEANT | 2019 | 70.36 |
| Mcvey | Charles | TROOPER | THP SERGEANT | 2019 | 70.30 |
| Clark | Phillip | TROOPER | THP SERGEANT | 2018 | 70.16 |
| Wilhite | Jeremy | TROOPER | THP SERGEANT | 2018 | 70.1 |
| Satterfield | William | TROOPER | THP SERGEANT | 2018 | 70.04 |
| Smith | Brandon | TROOPER | THP SERGEANT | 2018 | 70.04 |
| Shelton | William | TROOPER | THP SERGEANT | 2019 | 70.02 |
| Calderaro | Dana | TROOPER | THP SERGEANT | 2019 | 69.82 |
| Ogle | Keith | TROOPER | THP SERGEANT | 2019 | 69.78 |
| Plunk | Jimmy | TROOPER | THP SERGEANT | 2018 | 69.65 |
| Chitwood | Matthew | TROOPER | THP SERGEANT | 2018 | 69.64 |
| Bennett | Christopher | TROOPER | THP SERGEANT | 2019 | 69.52 |
| Benefield | Jamison | TROOPER | THP SERGEANT | 2019 | 69.49 |
| Cole | Dale | TROOPER | THP SERGEANT | 2018 | 69.48 |
| Lingo | Sherman | TROOPER | THP SERGEANT | 2018 | 69.34 |
| Shull | Michael | TROOPER | THP SERGEANT | 2018 | 69.24 |
| Webb | Allen | TROOPER | THP SERGEANT | 2018 | 69.23 |
| Newcome | Jeremy | TROOPER | THP SERGEANT | 2019 | 69.22 |
| Johnson | Robert | TROOPER | THP SERGEANT | 2019 | 69.13 |
| White | Bryan | TROOPER | THP SERGEANT | 2019 | 69.13 |
| Pierce | David | TROOPER | THP SERGEANT | 2019 | 68.86 |
| Welker | John | TROOPER | THP SERGEANT | 2018 | 68.7 |
| Harvey | Cecil | TROOPER | THP SERGEANT | 2019 | 68.69 |
| Loftis | Michael | TROOPER | THP SERGEANT | 2018 | 68.66 |
| Viar | Danny | TROOPER | THP SERGEANT | 2019 | 68.41 |
| Downes | Jeremiah | TROOPER | THP SERGEANT | 2019 | 68.38 |
| Tarr | John-mark | TROOPER | THP SERGEANT | 2019 | 68.18 |
| Jordan | Cory | TROOPER | THP SERGEANT | 2018 | 68.06 |
| Cooper | Charles | TROOPER | THP SERGEANT | 2018 | 68.03 |
| Parker | Michael | TROOPER | THP SERGEANT | 2019 | 67.77 |
| Curtis | Jack | TROOPER | THP SERGEANT | 2018 | 67.63 |
| Allison | Willie | TROOPER | THP SERGEANT | 2018 | 67.57 |
| Cole | Randall | TROOPER | THP SERGEANT | 2018 | 67.5 |
| Alvarez | William | TROOPER | THP SERGEANT | 2019 | 67.38 |
| Tipler | Jerry | TROOPER | THP SERGEANT | 2018 | 67.36 |
| Sutphin | Jack | TROOPER | THP SERGEANT | 2019 | 67.25 |
| Good | David | TROOPER | THP SERGEANT | 2019 | 67.07 |

# 2019 SERGEANT ASSESSMENT SCORES





| LAST | FIRST | 2019 TITLE | TITLE APPLIED FOR | SCORE YEAR | FINAL SCORE |
|------|-------|-----------|-------------------|-----------|-------------|
| Goslee | Jason | TROOPER | THP SERGEANT | 2018 | 67.05 |
| Kilpatrick | Corey | TROOPER | THP SERGEANT | 2019 | 67.04 |
| Todd | Clint | TROOPER | THP SERGEANT | 2019 | 66.87 |
| Stroup | Kevin | TROOPER | THP SERGEANT | 2019 | 66.81 |
| Seitner | Alfred | TROOPER | THP SERGEANT | 2018 | 66.8 |
| Johnson | J | TROOPER | THP SERGEANT | 2018 | 66.44 |
| Harrison | Christopher | TROOPER | THP SERGEANT | 2019 | 66.35 |
| Wagner | Philip | TROOPER | THP SERGEANT | 2019 | 66.22 |
| Gann | Terrence | TROOPER | THP SERGEANT | 2018 | 66.16 |
| Judd | Christopher | TROOPER | THP SERGEANT | 2019 | 66.07 |
| Eggers | Travis | TROOPER | THP SERGEANT | 2019 | 65.98 |
| Freeze | Floyd | TROOPER | THP SERGEANT | 2018 | 65.93 |
| Greenlee | Howard | TROOPER | THP SERGEANT | 2018 | 65.81 |
| Boles | Jason | TROOPER | THP SERGEANT | 2018 | 65.7 |
| Penley | Paul | TROOPER | THP SERGEANT | 2019 | 65.63 |
| Best | Rodney | TROOPER | THP SERGEANT | 2019 | 65.23 |
| Sparkman | Joshua | TROOPER | THP SERGEANT | 2019 | 65.23 |
| Pincince | Eric | TROOPER | THP SERGEANT | 2019 | 65.02 |
| Mcanally | Jeremy | TROOPER | THP SERGEANT | 2018 | 64.87 |
| Pedigo | John | TROOPER | THP SERGEANT | 2017 Approved Makeup Dec 19 | 64.85 |
| Montgomery | David | TROOPER | THP SERGEANT | 2018 | 64.84 |
| Gordon | Erick | TROOPER | THP SERGEANT | 2019 | 64.79 |
| Cagle | Carl | TROOPER | THP SERGEANT | 2019 | 64.67 |
| Kittle | Jesse | TROOPER | THP SERGEANT | 2019 | 64.44 |
| Qualls | Barry | TROOPER | THP SERGEANT | 2018 | 64.28 |
| Ryans | Travis | TROOPER | THP SERGEANT | 2019 | 64.04 |
| Myers | Tony | TROOPER | THP SERGEANT | 2018 | 63.93 |
| Priest | Matthew | TROOPER | THP SERGEANT | 2019 | 63.78 |
| Winningham | Darryl | TROOPER | THP SERGEANT | 2019 | 63.75 |
| Rose | James | TROOPER | THP SERGEANT | 2019 | 63.56 |
| Dixon | Charles | TROOPER | THP SERGEANT | 2019 | 63.16 |
| Simpkins | Adam | TROOPER | THP SERGEANT | 2019 | 62.37 |
| Bayless | Thomas | TROOPER | THP SERGEANT | 2017 Approved Makeup Dec 19 | 62.22 |
| Bell | Quinton | TROOPER | THP SERGEANT | 2019 | 62.12 |
| Tudors | Clinton | TROOPER | THP SERGEANT | 2019 | 61.92 |
| Conatser | Richard | TROOPER | THP SERGEANT | 2018 | 61.73 |
| Mealer | Jerry | TROOPER | THP SERGEANT | 2018 | 61.58 |
| Barker | Bobby | TROOPER | THP SERGEANT | 2019 | 61.47 |
| Ghazi | Salah | TROOPER | THP SERGEANT | 2019 | 60.52 |
| Lee | Tara | TROOPER | THP SERGEANT | 2018 | 60.36 |
| Roberts | Gordon | TROOPER | THP SERGEANT | 2019 | 60.08 |
| Cooper | Baron | TROOPER | THP SERGEANT | 2018 | 60.04 |
| Phann | Jeff | TROOPER | THP SERGEANT | 2019 | 59.98 |
| Dickson | Trae | TROOPER | THP SERGEANT | 2019 | 59.92 |
| Higdon | Corey | TROOPER | THP SERGEANT | 2019 | 59.71 |
| White | Kenneth | TROOPER | THP SERGEANT | 2019 | 59.66 |
| Massengill | Joseph | TROOPER | THP SERGEANT | 2019 | .59.40 |
| Richardson | Michael | TROOPER | THP SERGEANT | 2019 | 58.52 |
| Milholen | Terry | TROOPER | THP SERGEANT | 2019 | 56.56 |
| Burleson | Kyle | TROOPER | THP SERGEANT | 2018 | 56.33 |
| Armstrong | Melvin | TROOPER | THP SERGEANT | 2018 | 55.8 |
| Crawford | Angelinette | TROOPER | THP SERGEANT | 2019 | 54.83 |
| Johnson | Jason | TROOPER | THP SERGEANT | 2018 | 51.83 |
| Crump | James | TROOPER | THP SERGEANT | 2018 | 50.42 |