# EXHIBIT C



# Tennessee Department of Safety
## Request for Personnel File Inspection / Copies

Personnel files will be audited, copied and redacted before review. Per the Office of Open Records Counsel, a period of seven (7) business days, after the date the request is received, will be afforded to state agencies to prepare for examination of the file(s). This will allow Human Resources personnel to audit, copy and redact confidential information in accordance with applicable state and federal laws. Per TCA 10-7-503(a)(2)(A) – files will be available for inspection during normal business hours by any citizen of Tennessee. File copies may be purchased at the rate of .15¢ per single-sided page, for each page.

Date Request to be ready: **08/30/2019**

File Requested:  **HARRISON**     **CHRISTOPHER**
Last Name          First Name          MI

Record(s) requested to be inspected/copied:

☐ Entire Personnel file
☐ Internal Affairs File(s)
☐ Disciplinary documents only

☐ Personnel file documents dated after _____
☑ Other  **DEPT. TRAINING FILE,**
**RESUME' FOR INTERVIEW FOR PROMOTION**
**ON 03/23/19, PROMOTION APPROVAL LETTER**

Employee receiving request:

**CHRISTOPHER  HARRISON   SERGEANT**                                       a.m.
Name                              Title                          Date          Time    p.m.

**Person Requesting Information:**
Per T.C.A. 10-7-503(c)(1): The following information must be provided by any person(s) requesting to view a law enforcement officer's file before authorization will be permitted. The Department of Safety is required and will provide notice to the officer whose personnel records have been inspected.

**PARKER**                    **MICHAEL**                    **L.**
Last Name                     First Name                    MI

                                                            **TN**
Home Address                  City              State       Zip

Business Address              City              State       Zip

                        **( 615 )  815-6489**
Home Telephone Number   Business Telephone Number

                        **TN**
Driver License Number   State        Other I.D.* (if no D.L.)
*Photo ID must be issued by governmental entity including requestor's address.

For Whom This Inspection Is Made: _Michael L Park_

Date of Delivery: _____    _Michael L. Park_        **08/06/2019**
                             Signature of Requestor         Date

                             Signature of Records Custodian    Date

SF-1079 (Rev. 04/09)                                          RDA 1280

# CHRISTOPHER HARRISON



Christopher L. Harrison

Phone:
Work Phone:
E-mail:

## Education

May, 1998, Graduated from Northeast High School

December, 2002, Graduated from Tennessee Law Enforcement Training Academy

May, 2005, Graduated from Tennessee Highway Patrol Academy

## Positions Held

Dec. 2001 - Aug. 2002– Montgomery County Sheriff's Office, Court Officer, Criminal Warrants

Aug. 2002 - Jan. 2005– Montgomery County Sheriff's Office, Patrol Division

May 2003 - Jan. 2005– Montgomery County Sheriff's Office, SWAT Team Member

May 2005 - July 2010– Tennessee Highway Patrol, Montgomery County Patrol Division

July 2010 - Dec. 2010– Tennessee Highway Patrol, CVE Administrative Officer

Dec. 2010 - Jun. 2011– Tennessee Highway Patrol, Montgomery County Patrol Division

Jan. 2011 - present– Tennessee Highway Patrol, Governor Protection Detail

## Specialized Trainings and Certifications

| | |
|---|---|
| FBI Training School—30-Hour Basic SWAT Course | June, 2003 |
| Regional Counterdrug Training Academy —Patrol Officers Response to Street Drugs | June, 2003 |
| R.C.T.A. —Officer Safety, High Risk Event Planning System Level I | Oct., 2003 |
| R.C.T.A. — Officer Safety, High Risk Event Planning System Level II | Feb., 2004 |
| Department of Justice—Post Blast Investigations | May, 2004 |
| Clarksville Police Department —Basic Patrol Rifle School | July, 2004 |
| New Mexico Tech—Incident Response to Terrorist Bombings Awareness Training | Aug., 2004 |
| Governor's Highway Safety Office    Radar Lidar Instructor Certification | Sept., 2009 |
| Tennessee Highway Patrol    Dignitary Protection School | Dec., 2012 |
| FLETC – Vehicle Ambush | |

## References



# Michael Lynn Parker

Michael.L.Parker@tn.gov

## Objectives

*To be a Team asset that will help lead our team to be the most efficient and most professional division within the Department of Safety.

*To help our Team use empirical data to make projections and meet expectations using analytical Microsoft software and programs formatted and designed specifically for our Unit.

*To continue being pro-active and leading by example due to the shift in the paradigm (Ideology) regarding law enforcement/public service at the Tennessee Department of Safety.

## Education

**Cumberland University**

May 2004 Master of Science Degree / Public Service Management and Administration
- Suma Cum Laude (Highest Honors)

**Cumberland University**

May 2002 Bachelor of Arts Degree / Criminal Justice
- Cum Laude (Honors)
- John R. Burgess Award Political Science

**Volunteer State Community College**

July 2001 Associates of Science Degree / Focus in Criminal Justice
- Magna Cum Laude (Distinct Honors)
- Police Chief David Key Law Enforcement Scholarship

**Middle Tennessee State University**

May 1996 No Degree / Criminal Justice Major – Psychology Minor

**Beech Senior High School**

May 1990 High School Diploma

## Experience

**Tennessee Highway Patrol / Nashville District**1603 Murfreesboro Road Nashville, Tn 37217

Field Training Officer, Level 3 CMV Inspector, Crash Scene Investigator, Road Trooper daily duties and responsibilities to reduce fatalities thru effective enforcement of TCA traffic laws and Departmental Goals.

**Tennessee Highway Patrol / Executive Protection Unit** | 882 South Curtiswood Lane Nashville, Tn 37204

Security for First Family and the Tennessee Residence, Threat Assessment Investigations

**Parker Contract Services DBA** | 1544 Center Point Road Hendersonville, Tn 37075

Design and construction of outdoor residential commodities, sub-contractor with production company constructing outdoor music venues, sub-contractor with an automotive equipment dealer/installer

**Tennessee Highway Patrol / Nashville District**| 1603 Murfreesboro Road Nashville, Tn 37217

Level 1 CMV Inspector, Crash Scene Investigator, Road Trooper daily duties and responsibilities to reduce fatalities thru effective enforcement of TCA traffic laws.

**Brantley Sound Associates Inc.**| 115 Duluth Avenue Nashville, Tn 37209

Manage Labor Crews for installation of stage, top, lights and sound for live music venues, design stages for live events

**Goodlettsville Police Department**| 105 South Main Street Goodlettsville, Tn 37072

Traffic patrol duties, enforcement of municipal and state criminal violations, preliminary crime scene investigations, SWAT Team member, in-depth crime scene investigator, Firearms Instructor

**White House Police Department**| 303 North Palmers Chapel Road White House, Tn  37188

Traffic patrol duties, enforcement of municipal and state criminal violations

**Ridgetop Police Department** | 1735 US Highway 41 North Goodlettsville, Tn 37072

Traffic patrol duties, enforcement of municipal and state criminal violations

## Skills
- Microsoft Office – Specialty in designing Microsoft Excel Formulated Spreadsheets
- Logistical scheduling and planning – NGA 2014, Israel Delegation 2015
- Ability to complete a project from beginning to end
- Senior Production Manager – E-Service LLC
- Team Building using Organizational Theory and Design
- Time Management / Decision Making
- Troubleshooting and Problem Solving
- Tutoring Graduate students in Analytical Statistics – Cumberland University
- Instructing/Teaching – Cumberland University Undergraduate Criminal Justice

## Significant Accomplishments
- TDOSHS Commissioner's Leadership Academy Class President 2015 - 2016
- Advanced Threat Assessment – 2015
- Tennessee Governor's Gubernatorial Delegation to Israel – 2015
- National Governor's Association Summer Convention Nashville, Tn – 2014
- Trooper of the Year Nashville District THP – 2009
- THP Trooper Academy – 2007
- Elected Class President MSP Graduate Class 2004
- Advanced Shooting & Survival Techniques POSTCertificate - 1999
- Instructor Development POST Certificate – 1998
- Firearms Instructor POST Certificate – 1998
- Tactical SWAT Training POST Certificate – 1995
- Master Patrol Officer POST Certificate – 1990
- Basic Police Academy (TLETA) - 1989

 

**Safety &
Homeland Security**

May 23, 2019

Colonel Dereck Stewart
1150 Foster Avenue
Nashville, TN 37210

**Dear Colonel Stewart:**

The interview panel has reviewed all relevant files, interviewed the candidates, and considered each applicant for the position of **THP Sergeant – Executive Protection Unit (EPU), Davidson County.** After considering all the facts, information, and the input of the Lieutenant Colonel, Major, and Captain, the panel recommends **Trooper Christopher Harrison** for the above promotion. The interview forms for each candidate are attached.

Thank you for your consideration.

Respectfully yours,

Lieutenant Colonel

Major

Captain

# Recommendation to Hire / Promote

☐ New Employee   ☒ Internal Promotion   ☐ Rehire

SSN: _____   Today's Date: (Date of Recommendation)   May 23, 2019

| Last Name: | Harrison | Legal First Name: | Christopher | MI |
|---|---|---|---|---|

Maiden/Former name: (if applicable)

| Gender: | ☒ Male | ☐ Female | | |
|---|---|---|---|---|
| Race: | ☒ White | ☐ Black | ☐ Hispanic | |
| | ☐ Indian/American or Alaskan Native | ☐ Asian or Pacific Islander | ☐ Other | |

Date of Birth:

To Position Title: THP Sergeant, Executive Protection Unit, Davidson County

Position #: _____

| Budget code: | 34903 | Division: | THP | Cost Center: |
|---|---|---|---|---|

Start date*: (requested) _____   Salary: $ _____   Per ☐ Mo.   ☐ Hr.

Appointment Type: ☒ Regular   ☐ Emergency   ☐ Interim   ☐ Part-Time   ☐ 120-day

Justification for hire: Best qualified candidate.

☒ Yes ☐ No   Did you interview all veterans or spouses of veterans that requested an interview?
If yes, did they meet all the KSAC?      If yes, why were they not selected?

☒ Yes ☐ No   Did you interview all RIF candidates that requested an interview?
If yes, did they meet all the KSACs?      If yes, why were they not selected?

☐ Education Verification Form (SF-1316) (including copies of diploma/GED; Degree/Certifications, etc.)
☒ Awareness Statement signed by employee (Emergency/Flex/Interim/Part-Time/Temporary Appointments only)
☐ Verification of Previous Employment Form UNLESS currently work for TDOSHS then N/A
   OR Security Clearance Application if required by job class
☐ Professional Licensing (pilots, attorneys, etc.)(if applicable)
☒ Copy of State Application
☐ Copy of birth Certificate (commissioned personnel and dispatchers only)
☐ References Checked?

Requested By: Lieutenant Colonel Michael McAlister

Division Manager/
Supervisor Approval _____   Phone #: _____

Division Heads Approval: Coll West

☐ Denied   ☒ Approved

Commissioner's Signature _____

SF-xaaa                                                RDA ST-23

**Kerri Balthrop**

From:
Sent: Tuesday, July 16, 2019 3:12 PM
To: Kerri Balthrop
Subject: Harrison Approval to Hire
Attachments: Harrison Approval to Hire.pdf

Kerri,

I have attached the approval request to promote Christopher Harrison.

Please let me know if you need anything else.

 Safety &
Homeland Security

Approved
[signature]
Effjey 7, 2019

*Confidentiality Notice:* *The information contained in this e-mail, and any attachments, is CONFIDENTIAL or PRIVILEGED and is to be read or used only by the intended recipient. If you are not the intended recipient of this e-mail or attachments, ANY use, dissemination, distribution, forwarding, printing, or copying of this e-mail or attachments is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 615-251-5200 and permanently delete the message from your system.*



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate: Michael Parker**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓  No_____          Current County you reside in: _____

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

Commissioners Leadership School- Class President- Leadership in Masters- Morale- Game Plan- Something each other to do better. I like to go by the book. Degree- experience- have to stick to G.O. to make everything so smooth. Always evaluate yourself. Assess yourself before others.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

28 day- 2 different groups- Divide groups into 2 to help Balance time. Have experience with excel. All Troopers will work 11:00. You have to have equalizing.

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Mentoring- have to make Goals available to them. Evaluate them to see they are making it to dept. goals. Some being gays are at the Residence. We need to train them. Lead by example- mentor- Let them come up with Rules / Plan.


Department of
**Safety &
Homeland Security**

PLACE: Foster Ave
DATE: 9-26-19
TIME: 8064

## Giglio Awareness Statement: Advisement of Potential Impeachment Information

NAME: Michael McAnally

As an employee of the Tennessee Department of Safety and Homeland Security, you are held to a high standard of honesty and credibility because of the need for public trust and confidence in your job responsibilities. These responsibilities may include, but are not limited to, being truthful in all written/oral communications and testifying in criminal and civil trials. You must be especially careful not to engage in any conduct, on or off-duty, that would damage your credibility. If your credibility is compromised, your ability to testify at trial is impaired. As testifying in criminal hearings is one of the essential functions of a Commissioned Member's job, any impairment to your credibility may put your job at risk.

Pursuant to Giglio v. United States, 92 S. Ct. 763 (1972), when you testify in a criminal trial, the Department is required to turn over to the prosecution any information that reflects on your credibility. Investigative agencies, like the Department, must turn over to prosecutors, as early as possible in a case, potential impeachment evidence with respect to employees who are involved in the case. A "Giglio-impaired" employee is one against whom there is potential impeachment evidence that would render the employee's testimony of marginal value in a case. Examples of impeachment evidence include, but are not limited to the following: conduct relating to an employee's reliability, veracity, trustworthiness, and morals. This means, that a case, civil, e.g. forfeiture cases, or criminal, that depends primarily on the testimony of a Giglio-impaired employee is at risk.

Any employee found to have **Giglio** issues based on **any** conduct, on or off duty, shall be subject to disciplinary action, up to and including termination.

**All employees** shall be required to be truthful with supervisors and/or investigators during internal investigations and no employee shall knowingly report any inaccurate, false, improper, or misleading information.

I have read this statement and understand that if I am not truthful or engage in conduct that would be considered impeachment evidence, I may be subject to disciplinary action up to and including termination.

SIGNED: _____

WITNESS: _____ DATE: 9-26-2019

WITNESS: _____ DATE: 9-26-19

4.  As a newly promoted Sergeant into this unit, what would be your goals for the
Executive Protection unit for the next four (4) years?

_1st Change perception - to 3 many people applie that
has changed. I'm about the team succeeding,
every body is a team. We are all Troopers and work
of the same team. Access technology available to
the unit. Be ahead of the game. Did I trans discussion It_

5.  When employee morale is low it can have a negative effect on the culture in the unit
and have a huge impact on how we handle our daily operations.  What as a front-line
supervisor, would you do to improve morale both short term and long term basis?

_An insight of trust in organization. Have to ID the
problem. Lash positive up. Keep busy proactive chall.
There is a lot of potential to do work right now w
who can handle the daily work. Stick to protocol.
Do everything right everytime. Leadership is responsibility
to make change._

Comments:

_In my time there it was a pleasure. Learned a lot
from Vic Appleton + Les Polanti. The young guys
of the Resource need guidance and need to
be mentored to do better. Integrity needs
to be an issue.
We have to make a for various liability
to ensure we are not embarrassed.
Integrity and Honor are on the top of my list._

Case 3:20-cv-00760    Document 1-3  Page 89  Filed 09/04/20    Page 12 of 31 PageID #: 32

**Promotional Candidate:  Michael Parker**
**District/Unit:  Protective Services Division, Executive Protection Unit Sergeant**
**Page 3**


Date: _5-22-19_

Signature ~~_____~~

☑     **College Degree** _Masters._

☐     **Military**

_Short Sleeve_



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate: Christopher Harrison**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓ No_____          Current County you reside in:

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

Lead by example. We have a young unit and are well better to lead and show them that we as a team have to do certain things and not demand things be done. Not to be a boss.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

Big deal in our unit. We need to rebuild our staff + that will help. Below, we were very one dimensional. That really hurt as. We have been rotating and it is helping to reduce OT. We need to look @ using the 1st Lady's driver to reduce OT from staying late. Secondly, need to be more of a leader and ask our Trooper to be a bigger part of what we do to help in all areas.

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Really like to see more training for our members. FLETC is one of the best and we need to see more of that. We need to look @ more insurance oriented to what we are doing.

4. As a newly promoted Sergeant into this unit, what would be your goals for the Executive Protection unit for the next four (4) years?

We all need to be well trained in all aspects of what we do. See more training in our field to give them guidance and the tools they need. This would help to build morale when they can be involved.

5. When employee morale is low it can have a negative effect on the culture in the unit and have a huge impact on how we handle our daily operations. What as a front-line supervisor, would you do to improve morale both short term and long term basis?

Our morale has been bad, but it is getting better. We've had people put in positions in which they've had no training. We have to have an FTO program in our unit, we have not had that in a long time. Our people want to do better they just need training. We have made people look bad before because they didn't know where or what they were doing. I would ensure we get the needed training and push the rotation more.

Comments:

Went over his Action Plan
- Morale - we are on a roll and we are gonna keep making it better.
- We should have people lined up to be in our detail.
- We have not had an FTO program in years. Until recently no one has noted also did it.
- I have helped younger members to do their job.
- Improve communication between Supervisors.

Case 3:20-cv-00760   Document 1-3   Filed 09/04/20   Page 15 of 31 PageID #: 35

**Promotional Candidate: Christopher Harrison**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**
**Page 3**

Date: 5-23-19

Signature: _(signature)_

☐    **College Degree**

☐    **Military**

FLETC - USSS.
THP - 2011  40 hr

3



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate: Corey Kilpatrick**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓   No ____          Current County you reside ____

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

More Hands on. Show them how to do and how to do it right. Don't be little anybody. More watch and see how they do it. Tell them what you expect and let them go even if they make a mistake.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

Currently all see them in manpower. Utilize people who are not close to overtime. Allow Troopers to receive OT before the supervisors. Being flexible with their shifts.

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Show them the job I'm doing. Help them learn Email, driving, do backup. Showing them all the jobs they need to do. Train em up to take your job.



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate:** Michael Parker
**District/Unit:** Protective Services Division, Executive Protection Unit Sergeant

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓    No____        Current County you reside in: _____

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

I've attended leadership & management schools. Have good morals & values. You can have leadership w/o rank. I go by the book. The G.O. 's there to protect all of us. We must go by the GOs. I think we need to keep working to get better. I do self-assessment to get better.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

Divide the 2 groups of 28 day schedules onto 2 different shifts. If you travel, you get 16 hours a day automatically. I have devised a 28 day on Excel that automatically computes the scheduled hours.

*This shouldn't happen.*

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Succession meaning? Mentoring - Give them the tools to be successful. Give accurate direction. Evaluate them after guidance. It's our responsibility to teach the young guys to be State Troopers. First and foremost, we are State Troopers. At one time EPU was looked at as private security for the Governor instead of Troopers providing security for the Governor.

4. As a newly promoted Sergeant into this unit, what would be your goals for the Executive Protection unit for the next four (4) years?

1st - Change the perception of EPU. Years ago, many people wanted to be in EPU. It's not that way now. I'm a team player and don't want to be in the spotlight, that's why I never asked to be a driver. EPU members are not special, they just have different responsibilities. 2nd Access all available programs. EPU needs to be ahead of the game to mitigate threats.

5. When employee morale is low it can have a negative effect on the culture in the unit and have a huge impact on how we handle our daily operations. What as a front-line supervisor, would you do to improve morale both short term and long term basis?

First, identify what's causing low morale. This will allow you to confront the problem. Be positive and cut down on the negative talk. It's a new day now @ EPU. The candidates that applied for this position are great guys but some of them have focused on driving. Stick with the protocol and GOs and use them. The others will see this. It's leadership's responsibility to improve morale.

Comments:

5 yrs @ EPU was a pleasure. Learned alot from Vic & Les.

There is a lot of potential now @ EPU. ← They still need mentorship and leadership.

I love the HP and Fred Schott was my mentor. I will fight whoever I need to fight to protect the image. I will be the first to "bark" if I see something wrong. I "bark" to not doing disciplinary action, but to bring about change.

We here to recognize vicarious liability as supervisors. We need to recognize things to change whether it's morale or something else.

2

**Promotional Candidate:  Michael Parker**
**District/Unit:  Protective Services Division, Executive Protection Unit Sergeant**
**Page 3**

Date: _5-22-2019_
Signature: _Michael Hamilton_

☑     **College Degree**

☐     **Military**

TLETA - yes

Short-sleeve uniform

3



Department of
**Safety &**
**Homeland Security**

## Giglio Awareness Statement: Advisement of Potential Impeachment Information

NAME: _Micheal Hamilton_

As an employee of the Tennessee Department of Safety and Homeland Security, you are held to a high standard of honesty and credibility because of the need for public trust and confidence in your job responsibilities. These responsibilities may include, but are not limited to, being truthful in all written/oral communications and testifying in criminal and civil trials. You must be especially careful not to engage in any conduct, on or off-duty, that would damage your credibility. If your credibility is compromised, your ability to testify at trial is impaired. As testifying in criminal hearings is one of the essential functions of a Commissioned Member's job, any impairment to your credibility may put your job at risk.

Pursuant to Giglio v. United States, 92 S. Ct. 763 (1972), when you testify in a criminal trial, the Department is required to turn over to the prosecution any information that reflects on your credibility. Investigative agencies, like the Department, must turn over to prosecutors, as early as possible in a case, potential impeachment evidence with respect to employees who are involved in the case. A "Giglio-impaired" employee is one against whom there is potential impeachment evidence that would render the employee's testimony of marginal value in a case. Examples of impeachment evidence include, but are not limited to the following: conduct relating to an employee's reliability, veracity, trustworthiness, and morals. This means, that a case, civil, e.g. forfeiture cases, or criminal, that depends primarily on the testimony of a Giglio-impaired employee is at risk.

Any employee found to have **Giglio** issues based on **any** conduct, on or off duty, shall be subject to disciplinary action, up to and including termination.

**All employees** shall be required to be truthful with supervisors and/or investigators during internal investigations and no employee shall knowingly report any inaccurate, false, improper, or misleading information.

I have read this statement and understand that if I am not truthful or engage in conduct that would be considered impeachment evidence, I may be subject to disciplinary action up to and including termination.

SIGNED: _Michael Hamilton_

WITNESS: _Sgt. Jor Fu_                     DATE: _8/30/2019_

WITNESS: _____          DATE: _____



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate: Christopher Harrison**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓ No____          Current County you reside in: _Montgomery_

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

Lead by example. The detail is young. Boss will demand and not give praise. Subordinates need to be praised. Work with them. This will build them up. This will encourage them to work as a team.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

Get fully staffed. I think we are starting in the right direction — The Abrams wanted to only use a couple people, this way everyone and rotating personnel will allow people to learn and not accrue as much OT. I would monitor Edison and 28 day pay sheets. I believe the Sgt. should be in more of an Advance assignment role which will allow him/her more time to monitor OT.

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Training is important. FLETC usually offers us a free school. We should schedule 2 a year with them. I would like In-Service tailored a little more toward us. For instance, USSS could teach us an AOP hour block.

4. As a newly promoted Sergeant into this unit, what would be your goals for the Executive Protection unit for the next four (4) years?

Rotate everyone - This will help w/OT and make us well-rounded. This will also alleviate scheduling issues. Send everyone to schools as much as possible. This will improve upon morale.

5. When employee morale is low it can have a negative effect on the culture in the unit and have a huge impact on how we handle our daily operations. What as a front-line supervisor, would you do to improve morale both short term and long term basis?

Morale is on the rise @ EPU. It will take a while to get it up to where it needs to be.

Bag toss with Governor - Come in a little early.

We must train and give the Troops the tools to succeed. We need to do a better FTO program @ EPU.

Comments:

I plan to build EPU back up to where it should be. People should want to work @ EPU. Not many people apply now for vacancies. EPU should be sought after like Special Ops.

**Promotional Candidate: Christopher Harrison**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**
**Page 3**

Date: _5-23-2019_

Signature: _Mikey Hamilton_

☐     **College Degree**

☐     **Military**



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate: Samuel Outlaw**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓    No ____        Current County you reside in: _____

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

One-on-basis like the military. I like to show people how to do it. Lead by example. Show them and let them do it w/o input from me. I like the open approach with communication.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

I would have used the dayshift personnel to get the AG. Communicating with the Sergeants is the key. Those low on time should be used more. Look @ time sheets and use Sharepoint.

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

The newer members would be sent to our EPU school and get as much training as possible which would allow them to be more proficient. This would also build morale. Send them to the driving school @ FLETC.

W. Jackson



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate: Michael Parker**
**District/Unit: Protective Services Division, Executive Protection Unit Sergeant**

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓ No_____          Current County you reside in: _____

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

Attended comm. leadership school. Management training. Good values, morals, supporting each other. All business and by the book. G.O.'s are there to protect everyone. Style- keep working + getting better. continuously evaluate.

-Not really a style-

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

Half team is group A + the other is group B. Can manage time doing that. EPU gets 16 hours when they travel.

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Mentoring - give them the tools they need to be successful. Ensure they are headed towards the goals of the dept. Young guys need to be taught how to be a trooper. Lead by example, support
* Asked what meant by succession

Promotional Candidate: Michael Parker
District/Unit: Protective Services Division, Executive Protection Unit Sergeant
Page 2

4. As a newly promoted Sergeant into this unit, what would be your goals for the
Executive Protection unit for the next four (4) years?

① Change perception of EPU. Everyone used to want to be in
EPU. Not so much now. It's all about the TEAM doing well.
No one is any better than anyone else. Not more special
b/c you are on EPU. Don't talk down to people.
② Access available ~~to~~ technology for threats.

5. When employee morale is low it can have a negative effect on the culture in the unit
and have a huge impact on how we handle our daily operations. What as a front-line
supervisor, would you do to improve morale both short term and long term basis?

Identify what is bringing morale down. Before can
make improvements. Tomorrow is a new day. Push
positivity + keep down negative chatter + promote
positive chatter. Do things the right way everytime. If
the group sees that things are changing morale will improve.

Comments:        (EPU)
Pleasure to be there for 5 years. So much potential
at EPU now. They need someone to mentor + lead
them and explain right or wrong.
Will say something if things are going South.
~~It~~ Informal organization is operating good, Formal organization
will look good.

I Love THP. Integrity + Honor is top of the list.

2

**Promotional Candidate:  Michael Parker**
**District/Unit:  Protective Services Division, Executive Protection Unit Sergeant**
**Page 3**

Date: 5-22-19

Signature: Wayne Jackson

☑ **College Degree** Masters

☐ **Military**

3

_W. Jackson_



# ADMINISTRATIVE SUPPORT BUREAU
## Promotional Interview – Protective Services Division

**Promotional Candidate:** Christopher Harrison
**District/Unit:** Protective Services Division, Executive Protection Unit Sergeant

Would you accept employment in the posted position and comply with General Order 204 regarding residence?

Yes ✓   No_____          Current County you reside in: _____

1. A leadership style is a leader's method of providing direction, implementing plans, and motivating people. Describe your leadership style and why you feel it would be effective in EPU?

Lead by Example. We have a young detail now. Leaders praise. need to recognize good work. Team mentality. "We" instead of "you". will work hard for you.

2. Minimization of overtime is an effective way to reduce costs. Describe how you would manage assignments in order to minimize overtime within the Executive Protection unit.

Get back to full Staff. Haslam only wanted to use certain drivers. this contributed to OT. Rotating assignments will help eliminate OT. look at Switching people around. look at 28 days + Edison. Sgt. should be in Advance or backup

3. As an agency, succession training is paramount. What would be your plan to ensure this happens in the Executive Protection unit?

Go back to FLETC. Specialized In-service for unit.

＊Did not answer question correctly. Did not know what "succession" means.

Promotional Candidate: Christopher Harrison
District/Unit: Protective Services Division, Executive Protection Unit Sergeant
Page 2

4. As a newly promoted Sergeant into this unit, what would be your goals for the
Executive Protection unit for the next four (4) years?

Continue to rotate people into each position so
each member knows every job. Everyone is very
eager. This will build Morale.

* Went off on talking about Morale.

5. When employee morale is low it can have a negative effect on the culture in the unit
and have a huge impact on how we handle our daily operations. What as a front-line
supervisor, would you do to improve morale both short term and long term basis?

Morale is on the rise + will take time to build
up. Putting troopers on positions without training
them. Morale will increase if we give proper tools
needed to do the job. Implement a proper FTD
Program.

Comments:
Feel confident that EPU can be elite again.
Going to build the unit back-up.
Has been there a long time and knows what
needs to be done.

2

Promotional Candidate: Christopher Harrison
District/Unit: Protective Services Division, Executive Protection Unit Sergeant
Page 3


Date: 5-23-19
Signature: Wayne Jackson

☐  **College Degree**

☐  **Military**

3